FILED
2018 NOV 15 PM 1:32

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 3:18-cr-209-J-34MCR
	18 U.S.C. § 922(g)(1)
JIMMY RAY LIGHTSEY	21 U.S.C. § 841(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 24, 2018, in the Middle District of Florida, the defendant,

JIMMY RAY LIGHTSEY,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Attempted Armed Robbery with a Weapon, on or about August 28, 1997;

2. Sale of Cocaine, on or about February 17, 2000;

3. Three Counts, Grand Theft Auto, and Three Counts, Dealing in Stolen Property, on or about March 19, 2007;

4. Possession of Cocaine, on or about November 5, 2007;

5. Sale of Delivery of Cocaine, on or about January 2, 2009;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Taurus 9mm pistol.

1

In violation of 18 U.S.C. §§ 922(g) and 924(e).

## COUNT TWO

On or about June 24, 2018, in the Middle District of Florida, and elsewhere, the defendant,

JIMMY RAY LIGHTSEY,

did knowingly possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One and Two of this indictment are incorporated by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2. Upon conviction of a violation of 18 U.S.C. § 924(g)(1), the defendant, JIMMY RAY LIGHTSEY, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense.

3. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant, JIMMY RAY LIGHTSEY, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the

defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. The property to be forfeited includes, but is not limited to, a Taurus 9mm pistol.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture or substitute property pursuant to 21 U.S.C. § 853(p), and 21 U.S.C. § 854(p), as incorporated by 28 U.S.C. § 2461(c).

                                                                                        A TRUE BILL,

                                                                                         _____
                                                                                         Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:   _____
      David B. Mesrobian
      Assistant United States Attorney

By:   _____
      Frank Talbot
      Assistant United States Attorney
      Chief, Jacksonville Division

FORM OBD-34
11/13/18 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JIMMY RAY LIGHTSEY

## INDICTMENT

| Violations: | Count 1: | 18 U.S.C. §§ 922(g)(1) and 924(e) |
|---|---|---|
| | Count 2: | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |

A true bill,

_____
Foreperson

Filed in open court this 15th day of November, 2018.

_____
Clerk

Bail  $_____

GPO 863 525