FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2019 DEC -5 PM 1:30

UNITED STATES OF AMERICA

v.

JIMMY RAY LIGHTSEY

CASE NO.   3:18-cr-209(S2)-J-34MCR
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 24, 2018, in the Middle District of Florida, the defendant,

JIMMY RAY LIGHTSEY,

knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Attempted Armed Robbery with a Weapon, on or about August 28, 1997;

2. Sale of Cocaine, on or about February 17, 2000;

3. Three Counts, Grand Theft Auto, and Three Counts, Dealing in Stolen Property, on or about May 30, 2003;

4. Possession of Cocaine, on or about November 5, 2007; and

5. Sale or Delivery of Cocaine, on or about January 2, 2009;

1

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Taurus 9mm pistol.

In violation of 18 U.S.C. §§ 922(g) and 924(e).

## COUNT TWO

On or about June 24, 2018, in the Middle District of Florida, and elsewhere, the defendant,

JIMMY RAY LIGHTSEY,

did knowingly possess with intent to distribute controlled substances, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C) and § 841(b)(1)(D).

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT THREE

On or about June 24, 2018, in the Middle District of Florida, the defendant,

JIMMY RAY LIGHTSEY,

did knowingly possess a firearm, that is, a Taurus 9mm pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the

United States, specifically, possession with intent to distribute controlled substances, as alleged in Count Two above; Count Two being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1. The allegations contained in Counts One, Two and Three of this superseding indictment are incorporated by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2. Upon conviction of a violation of 18 U.S.C. § 922(g)(1) and/or 18 U.S.C. § 924(c), the defendant, JIMMY RAY LIGHTSEY, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense.

3. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant, JIMMY RAY LIGHTSEY, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. The property to be forfeited includes, but is not limited to, a Taurus 9mm pistol and 7 rounds of 9mm ammunition.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture or substitute property pursuant to 21 U.S.C. § 853(p), and 21 U.S.C. § 854(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
David B. Mesrobian
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

4

FORM OBD-34
11/27/19 Revised

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JIMMY RAY LIGHTSEY

## SUPERSEDING INDICTMENT

Violations:   Count 1:   18 U.S.C. §§ 922(g)(1) and 924(e)
　　　　　　　Count 2:   21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D)
　　　　　　　Count 3:   18 U.S.C. § 924(c)(1)(A)(i)

A true bill,

_____
Foreperson

Filed in open court this 5th day

of December, 2019.

_____
Clerk

Bail  $_____

GPO 863 525